UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK COLEMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>TERRY ELLENBURG; et al.,<br><br>        Defendants.<br>_____/ | No. C 09-056 MHP (pr)<br><br>**ORDER OF DISMISSAL** |

    Plaintiff's motion to voluntarily dismiss this action is GRANTED.  (Docket # 6.)  This action is DISMISSED without prejudice.

    Plaintiff's motion for the return of exhibits is GRANTED.  (Docket # 7.)  The exhibits have been mailed back to him.

    Plaintiff's motion to proceed in forma pauperis is DENIED as incomplete.  (Docket # 2.)

    The clerk shall close the file.

    IT IS SO ORDERED.

Dated: May 27, 2009

                                                Marilyn Hall Patel<br>                                                United States District Judge